**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50437 |
| Plaintiff - Appellee, | D.C. No. 3:10-cr-00106-MMA-1 |
| v. | |
| JUAN CARLOS GARCIA-MORALES, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Michael M. Anello, District Judge, Presiding

Submitted April 20, 2011[**]

Before:   RYMER, THOMAS and PAEZ, Circuit Judges.

   Juan Garcia-Morales appeals the sentence imposed following his guilty plea

to attempted entry after deportation in violation of 8 U.S.C. § 1326.

Garcia-Morales contends that the district court erred in determining that his prior

conviction for making criminal threats in violation of Calif. Penal Code § 422 was

---

   [*]   This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]   The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

a crime of violence warranting a 16-level enhancement under U.S.S.G. §

2L1.2(b)(1)(A).  As Garcia-Morales concedes, this contention is foreclosed by

*United States v. Villavicencio-Burruel*, 608 F.3d 556 (9th Cir. 2010), which held

that a § 422 violation is categorically a crime of violence.

**AFFIRMED.**